STATE OF NEW JERSEY v. JOHNNIE MAC BROWN.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD DUMAS.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. A. J. HAWK.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WILFORD LEE HOLMES.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD HOWERY.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MANLEY.

October 14, 1975. Petition for certification denied.